| | | |
|---|---|---|
| JOHN DILLON SEXTON<br>and PARKER SEXTON | *<br>*<br>*<br>* | UNITED STATES DISTRICT COURT<br><br>MIDDLE DISTRICT OF LOUISIANA<br><br>NUMBER: 3:26-CV-00088 |
| VERSUS | *<br>*<br>* | |
| | * | JUDGE: _____ |
| JOHN CHAMBLISS and<br>NEW ROADS POLICE DEPARTMENT | *<br>* | MAGISTRATE: _____ |

## PLAINTIFFS' FIRST AMENDING PETITION FOR DAMAGES

**NOW INTO COURT** come petitioners, **JOHN DILLON SEXTON, INDIVIDUALLY, AND ON BEHALF OF HIS MINOR SON, PARKER SEXTON,** a resident of lawful age, of the Parish of Pointe Coupee, State of Louisiana, for the purpose of filing their **FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES** to amend or strike allegations or facts asserted in Paragraphs 2 and 28 of their Original **PETITION FOR DAMAGES**:

1.

Pursuant to Rule 5(a)(1) of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course no later than (A) 21 days after serving it or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

2.

At present, plaintiffs satisfy the conditions of Rule 5(a)(1)(A), and therefore, this **FIRST AMENDING PETITION FOR DAMAGES** is proper.

3.

Plaintiff desires to amend Paragraph 2 of their Petition for Damages as follows:

"2.

Venue is proper in Pointe Coupee Parish pursuant to Louisiana Code of Civil Procedure Article 74, in that the wrongful conduct which is the subject of this suit occurred in Pointe Coupee Parish, State of Louisiana, and the damages sustained by these plaintiffs were sustained in Pointe Coupee Parish. ~~Additionally, state courts have concurrent jurisdiction over claims brought under 42 U.S.C. §1983.~~"

4.

Plaintiff desires to amend Paragraph 28 of their Petition for Damages as follows:

"28.

~~Because **OFFICER CHAMBLISS** exhibited reckless or callous indifference to the federally protected rights of **MR. SEXTON**, he is entitled to an award of *punitive damages* against him pursuant to 42 U.S.C. § 1983.~~"

5.

**WHEREFORE**, plaintiffs pray that this amended petition be deemed good and sufficient and that the same be served upon defendants herein, ordering them to answer the allegations contained; that after all due legal delays and proceedings, there be judgment in favor of the plaintiff, **DILLON SEXTON, INDIVIDUALLY AN ON BEHALF OF HIS MINOR SON, PARKER SEXTON,** and against defendants, **OFFICER CHAMBLIS AND THE NEW ROADS POLICE DEPARTMENT (CITY OF NEW ROADS),** individually, jointly, and *in-solido,* in an amount commensurate with the damages enumerated hereinabove, together with legal interest from date of this demand and for all costs of these proceedings.

Plaintiffs further pray for all general and equitable relief necessary herein.

----- **SIGNATURE, CERTIFICATE, AND SERVICE REQUESTS ON FOLLOWING PAGE** -----

Respectfully Submitted:

The Marionneaux Law Group, LLC

*Robert Marionneaux III* (signature)
_____
Robert M. Marionneaux, III., #41577
660 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Telephone: (225) 330-6679
Facsimile: (225) 330-6680
Email: *Robert@geaux-law.com*
*Attorney for plaintiffs*

&

Laborde Earles, Law Firm, LLC

(signature)
_____
Robert M. Marionneaux, Jr., Bar# 23848
B. Cade Melancon, Bar #39985
660 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Telephone: (225) 330-6679
***Attorneys for Plaintiffs – Dillon Sexton & Parker Sexton***
*Email for All Other Communications:*
rob@onmyside.com

Please Serve:

John Chambliss
6488 Dalark Drive ,
Baton Rouge , Louisiana 70812

New Roads Police Department
211 West Main Street
New Roads, Louisiana 70760